**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Jason A. and Julia F. Termanas, | ) | Case No. 05-54283 |
| | ) | |
| Debtor. | ) | Hon. Jack B. Schmetterer |

**NOTICE OF TRUSTEE'S FINAL REPORT,
HEARING ON APPLICATIONS FOR COMPENSATIONS, AND
HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE**

TO THE DEBTOR(S), CREDITORS AND OTHER PARTIES IN INTEREST:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   At:   United States Bankruptcy Court
         219 South Dearborn Street
         Courtroom 682
         Chicago, Illinois 60604

   On: October 26, 2006       Time: 10:30 a.m.

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to pending applications and transacting such other business as may be properly noticed before the Court. **ATTENDANCE BY THE DEBTOR AND THE CREDITORS IS WELCOMED BUT IS NOT REQUIRED**.

3. The Trustees Final Report shows total:

   | | | |
   |---|---|---|
   | a. | Receipts | $2,003.23 |
   | b. | Disbursements | $0.00 |
   | c. | Net Cash Available for Distribution | $2,003.23 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| Ronald R. Peterson  Trustee | $0.00 | $500.81 | $4.10 |

5.  Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| N/A | $0.00 | $0.00 | $0.00 |

6.  In addition to the expenses of administration that may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.
    Allowed priority claims are:

| CLAIM NUMBER | CLAIMANT | AMOUNT OF CLAIM | PROPOSED PAYMENT |
|---|---|---|---|
| N/A | | $0.00 | $0.00 |

7.  Timely-filed claims of general unsecured creditors totaling $468.03 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full; these claims will receive a 100% distribution. Late-filed claims of general unsecured creditors totaling $19,207.22 have been allowed and will receive a distribution of 5.364077%. Allowed general unsecured claims are as follows:

| CLAIM NUMBER | CLAIMANT | AMOUNT OF CLAIM | PROPOSED PAYMENT |
|---|---|---|---|
| | **TIMELY-FILED CLAIM 100%** | | |
| 1 | Cavalry Portfolio Services LLC as assignee of Sprint PCS<br>Acct. No. 01385926<br>7 Skyline Drive, 3rd Floor<br>Hawthorne, NY 10532 | $468.03 | $468.03 |
| | **LATE-FILED CLAIMS 5.364077%** | | |
| 2 | Nextel<br>Acct. No. 7923083<br>c/o Allied Interstate<br>800 Interchange West,<br>435 Ford Road<br>Minneapolis, MN 55426-1096 | 1,593.54 | $85.48 |

2

| 3 | Peoples Credit Plan<br>Acct. No. 5466747001259920<br>c/o Nelson, Watson & Associates,<br>80 Merrimack Street, Lower Level<br>Haverhill, MA  01830 | 2,801.95 | $150.30 |
|---|---|---|---|
| 4 | Columbia Credit Services<br>Acct. No. 5329052072124609<br>c/o Charles Sanders<br>2214 Arden Way, #316<br>Sacramento, CA  95825 | 7,500.00 | $402.30 |
| 5 | West Asset Management, Inc.<br>Acct. No. 1443783<br>P.O. Box 724557<br>Atlanta, GA  31139 | 7,311.73 | $392.21 |

8. Proposed dividends are approximations.  Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the Office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*.  If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of the Court.

10. The debtor has been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

    0.00


Dated:  September 29, 2006

Ronald R. Peterson (02188473)
JENNER & BLOCK LLP
One IBM Plaza
Chicago, Illinois 60611
PH:    (312) 923-2981
FAX:  (312) 840-7381

For the Court,

KENNETH S GARDNER
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn Street, 7th Floor
Chicago, IL 60604

3

CHICAGO_1421140_1