**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Jason A. and Julia F. Termanas, | ) | Case No. 05-54283 |
| | ) | |
| Debtor. | ) | Hon. Jack B. Schmetterer |

**NOTICE OF TRUSTEE'S FINAL REPORT,
HEARING ON APPLICATIONS FOR COMPENSATIONS, AND
HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE**

TO THE DEBTOR(S), CREDITORS AND OTHER PARTIES IN INTEREST:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   At:   United States Bankruptcy Court
   219 South Dearborn Street
   Courtroom 682
   Chicago, Illinois 60604

   On: October 26, 2006       Time: 10:30 a.m.

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to pending applications and transacting such other business as may be properly noticed before the Court. **ATTENDANCE BY THE DEBTOR AND THE CREDITORS IS WELCOMED BUT IS NOT REQUIRED**.

3. The Trustees Final Report shows total:

   | | | | |
   |---|---|---|---|
   | | a. | Receipts | $2,003.23 |
   | | b. | Disbursements | $0.00 |
   | | c. | Net Cash Available for Distribution | $2,003.23 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| Ronald R. Peterson Trustee | $0.00 | $500.81 | $4.10 |

CHICAGO_1421140_1

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| N/A | $0.00 | $0.00 | $0.00 |

6. In addition to the expenses of administration that may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.
Allowed priority claims are:

| CLAIM NUMBER | CLAIMANT | AMOUNT OF CLAIM | PROPOSED PAYMENT |
|---|---|---|---|
| N/A | | $0.00 | $0.00 |

7. Timely-filed claims of general unsecured creditors totaling $468.03 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full; these claims will receive a 100% distribution. Late-filed claims of general unsecured creditors totaling $19,207.22 have been allowed and will receive a distribution of 5.364077%. Allowed general unsecured claims are as follows:

| CLAIM NUMBER | CLAIMANT | AMOUNT OF CLAIM | PROPOSED PAYMENT |
|---|---|---|---|
| | **TIMELY-FILED CLAIM 100%** | | |
| 1 | Cavalry Portfolio Services LLC as assignee of Sprint PCS
Acct. No. 01385926
7 Skyline Drive, 3rd Floor
Hawthorne, NY 10532 | $468.03 | $468.03 |
| | **LATE-FILED CLAIMS 5.364077%** | | |
| 2 | Nextel
Acct. No. 7923083
c/o Allied Interstate
800 Interchange West,
435 Ford Road
Minneapolis, MN 55426-1096 | 1,593.54 | $85.48 |

2

| | | | |
|---|---|---|---|
| 3 | Peoples Credit Plan<br>Acct. No. 5466747001259920<br>c/o Nelson, Watson & Associates,<br>80 Merrimack Street, Lower Level<br>Haverhill, MA  01830 | 2,801.95 | $150.30 |
| 4 | Columbia Credit Services<br>Acct. No. 5329052072124609<br>c/o Charles Sanders<br>2214 Arden Way, #316<br>Sacramento, CA  95825 | 7,500.00 | $402.30 |
| 5 | West Asset Management, Inc.<br>Acct. No. 1443783<br>P.O. Box 724557<br>Atlanta, GA  31139 | 7,311.73 | $392.21 |

8. Proposed dividends are approximations.  Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the Office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*.  If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of the Court.

10. The debtor has been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

    0.00


Dated:  September 29, 2006

For the Court,

KENNETH S GARDNER
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn Street, 7th Floor
Chicago, IL 60604

Ronald R. Peterson (02188473)
JENNER & BLOCK LLP
One IBM Plaza
Chicago, Illinois 60611
PH:     (312) 923-2981
FAX:   (312) 840-7381

3

CHICAGO_1421140_1

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: amcc7               Page 1 of 1              Date Rcvd: Sep 29, 2006
Case: 05-54283                 Form ID: pdf002           Total Served: 14

The following entities were served by first class mail on Oct 01, 2006.
db         +Jason A Termanas,    7948 W 90th St Apt 1W,    Hickory Hills, IL 60457-8200
jdb        +Julia F Termanas,    7948 W 90th St Apt 1W,    Hickory Hills, IL 60457-8200
aty        +Richard L Hutchison,    Hutchinson, Anders & Hickey,    16860 S Oak Park Ave,
             Tinley Park, IL 60477-2025
tr         +Ronald R Peterson,    Jenner & Block,    One IBM Plaza  38th Fl,    Chicago, IL 60611-3586
10217681   +Cavalry Portfolio Services,    P.O. Box 27288,    Tempe, AZ 85285-7288
10756863   +Cavalry Portfolio Services LLC assignee of,    Sprint PCS,    7 Skyline Drive  3rd Floor,
             Hawthorne NY 10532-2162
10217682   +Columbia Credit Services,    C/O Charles Sanders,    2214 Arden Way, #316,
             Sacramento, CA 95825-3302
10217680   +Hutchison Anders & Hickey,    16860 S Oak Park Ave,    Tinley Park, IL 60477-2025
10217683    Nextel,    C/O Allied Interstate,    800 Interchange West, 435 Ford Road,
             Minneapolis, MN 55426-1096
10792351   +People's Credit Plan,    c/o Nelson, Watson & Associates, LLC,    80 Merrimack St., Lower Level,
             Haverhill, MA 01830-5211
10217684   +Peoples Credit Plan,    C/O Nelson, Watson & Associates, LLC,    80 Merrimack Street, Lower Level,
             Haverhill, MA 01830-5211
10217678   +Termanas Jason A,    7948 W 90th St Apt 1W,    Hickory HIlls, IL 60457-8200
10217679   +Termanas Julia F,    7948 W 90th St Apt 1W,    Hickory Hills, IL 60457-8200
10217685   +West Asset Management, Inc.,    P.O. Box 724557,    Atlanta, GA 31139-1557

The following entities were served by electronic transmission.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 01, 2006**         Signature:  _Joseph Speetjens_