IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| **JASON A. TERMANAS** and | ) | **CASE NO. 05-54283** |
| **JULIA F. TERMANAS,** | ) | |
| | ) | The Honorable Jack B. Schmetterer, |
| Debtor. | ) | Presiding |

**TRUSTEE'S FINAL ACCOUNT AND**
**APPLICATION TO CLOSE CASE AND DISCHARGE THE TRUSTEE**

Ronald R. Peterson, the Trustee in this case, respectfully files this Account, and states:

Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report, copies of which are attached as Exhibits A and B.

All checks have been cashed. Attached hereto as Exhibit C is the estate's Form 2 showing a zero balance and the zero balance bank statement.

The Trustee certifies that the estate has been fully administered and requests that he be discharged and the case closed pursuant to 11 U.S.C. § 350.

                                                    */s/ Ronald R. Peterson*
RONALD R. PETERSON, Trustee for the
Bankruptcy Estate of Jason A. Termanas and
Julia F. Termanas

Ronald R. Peterson (01288743)
JENNER & BLOCK LLP
330 North Wabash Avenue
Chicago, IL 60611
Telephone: (312) 923-2981
Facsimile: (312) 840-7381

Dated: March 31, 2008

1640203.1

# **EXHIBIT A**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Jason A. and Julia F. Termanas, | ) | Case No. 05-54283 |
| | ) | |
| Debtor. | ) | Hon. Jack B. Schmetterer |

## ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

THIS MATTER BEING HEARD on the Trustee's final request for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's final requests for the allowance of fees and expenses are allowed as follows:

1. Trustee's compensation         $    500.81
2. Trustee's expenses             $      4.10
   TOTAL                          $    504.91

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED: 10/26/06

_____
UNITED STATES BANKRUPTCY JUDGE

# **EXHIBIT B**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Jason A. and Julia F. Termanas, | ) | Case No. 05-54283 |
| | ) | |
| Debtor. | ) | Hon. Jack B. Schmetterer |

## DISTRIBUTION REPORT

I, Ronald R. Peterson, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distributions.

### SUMMARY OF DISTRIBUTION

| | |
|---|---:|
| Chapter 7 Administrative Expenses: | $504.91 |
| Chapter 11 Administrative Expenses: | 0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | 0.00 |
| Secured Tax Liens: | 0.00 |
| Priority Tax Claims: | 0.00 |
| General Unsecured Claims: | 1,506.46 |
| Other: | 0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED** | $2,011.37 |

| 1. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 100% |
|---|---|---|---|
| | § 726 (a) and (b) and § 507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. § 1930(6)) | $504.91 | |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| | Trustee<br>　　Fees<br>　　Expenses | 500.81<br>4.10 | 500.81<br>4.10 |

| 2. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
| | § 726 (a) and (b) and § 507(a)(1) (debtor-in-possession (DIP) administrative expenses) | $0.00 | |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A | | $0.00 | $0.00 |

| 3. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
| | § 507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to § 502(f) | $0.00 | |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A | | $0.00 | $0.00 |

2

| 4. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
|  | § 507(a)(3) - Wages, salaries or commissions limited to $4,000 | $0.00 |  |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A |  | $0.00 | $0.00 |

| 5. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
|  | § 507(a)(4) - Contributions to Employee Benefit Plans | $0.00 |  |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A |  | $0.00 | $0.00 |

| 6. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
|  | § 507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,000 | $0.00 |  |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A |  | $0.00 | $0.00 |

| 7. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
|  | § 507(a)(6) - Deposits by consumers to the extent of $1,800 | $0.00 |  |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A |  | $0.00 | $0.00 |

CHICAGO_1467005_1

| 8. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
|  | § 724(b) - Tax liens | $0.00 |  |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A |  | $0.00 | $0.00 |

| 9. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
|  | § 507(a)(8) - Tax claims excluding fines and penalties | $0.00 |  |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A |  | $0.00 | $0.00 |

| 10. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
|  | § 507(a)(9) - Capital commitments to Federal Depository Institutions | $0.00 |  |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A |  | $0.00 | $0.00 |
|  |  |  |  |

4

| 11. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 100% |
|---|---|---|---|
|  | § 726(a)(2) - General claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $468.03 |  |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| 1 | Cavalry Portfolio Services LLC as assignee of Sprint PCS<br>Acct. No. 01385926<br>7 Skyline Drive, 3rd Floor<br>Hawthorne, NY  10532 | $468.03 | $468.03 |

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 5.406457% |
|---|---|---|---|
|  | § 726(a)(3) - Late unsecured claims | $19,207.22 |  |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| 2 | Nextel<br>Acct. No. 7923083<br>c/o Allied Interstate<br>800 Interchange West,<br>435 Ford Road<br>Minneapolis, MN  55426-1096 | $1,593.54 | $86.15 |
| 3 | Peoples Credit Plan<br>Acct. No. 5466747001259920<br>c/o Nelson, Watson & Associates, LLC<br>80 Merrimack Street, Lower Level<br>Haverhill, MA  01830 | 2,801.95 | 151.49 |
| 4 | Columbia Credit Services<br>Acct. No. 5329052072124609<br>c/o Charles Sanders<br>2214 Arden Way, #316<br>Sacramento, CA  95825 | 7,500.00 | 405.48 |

| | | | |
|---|---|---|---|
| 5 | West Asset Management, Inc.<br>Acct. No. 1443783<br>P.O. Box 724557<br>Atlanta, GA 31139 | 7,311.73 | 395.31 |

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
| | § 726(a)(4) -Fines/Penalties | $0.00 | |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A | | $0.00 | $0.00 |

| 14. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
| | § 726(a)(5) - Interest | $0.00 | |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A | | $0.00 | $0.00 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| N/A | | | | |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

Dated: October 27, 2006

                                                */s/ Ronald R. Peterson*
                                                Ronald R. Peterson, Trustee

CHICAGO_1467005_1

# **EXHIBIT C**

FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

| Case No: | 05-54283 -JBS | Trustee Name: | RONALD R. PETERSON |
| Case Name: | TERMANAS, JASON A | Bank Name: | BANK OF AMERICA, N.A. |
| | TERMANAS, JULIA F | Account Number / CD #: | \*\*\*\*\*\*\*6230 Interest earning MMA Account |
| Taxpayer ID No: | \*\*\*\*\*\*\*0462 | | |
| For Period Ending: | 03/28/08 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/30/06 | 7 | Jason A. Termanas | Tax refund | 1229-000 | 2,000.00 | | 2,000.00 |
| 04/28/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 1.52 | | 2,001.52 |
| 05/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 1.71 | | 2,003.23 |
| 06/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 1.65 | | 2,004.88 |
| 07/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 1.70 | | 2,006.58 |
| 08/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 1.70 | | 2,008.28 |
| 09/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 1.65 | | 2,009.93 |
| 10/27/06 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 1.44 | | 2,011.37 |
| 10/27/06 | | Transfer to Acct #\*\*\*\*\*\*6476 | Final Posting Transfer | 9999-000 | | 2,011.37 | 0.00 |

|  | COLUMN TOTALS | 2,011.37 | 2,011.37 |
|---|---|---|---|
|  | Less: Bank Transfers/CD's | 0.00 | 2,011.37 |
|  | Subtotal | 2,011.37 | 0.00 |
|  | Less: Payments to Debtors | | 0.00 |
|  | Net | 2,011.37 | 0.00 |

Page Subtotals  2,011.37  2,011.37

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 05-54283 -JBS  
Case Name: TERMANAS, JASON A  
TERMANAS, JULIA F  
Taxpayer ID No: \*\*\*\*\*\*\*\*0462  
For Period Ending: 03/28/08  

Trustee Name: RONALD R. PETERSON  
Bank Name: BANK OF AMERICA, N.A.  
Account Number / CD #: \*\*\*\*\*\*6476 BofA - Checking Account  
Blanket Bond (per case limit): $ 5,000,000.00  
Separate Bond (if applicable):  

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 10/27/06 | | Transfer from Acct #\*\*\*\*\*\*\*6230 | Transfer In From MMA Account | 9999-000 | 2,011.37 | | 2,011.37 |
| 11/07/06 | 003001 | Jenner & Block LLP | Trustee Counsel's fee and expenses | | | 504.91 | 1,506.46 |
| | | | Fees 500.81 | 2100-000 | | | 1,506.46 |
| | | | Expenses 4.10 | 2200-000 | | | 1,506.46 |
| 11/07/06 | 003002 | Cavalry Portfolio Services LLC As Assignee of Sprint PCS | Final distribution Acct # 01385926 | 7100-000 | | 468.03 | 1,038.43 |
| 11/07/06 | 003003 | Nextel | Final distribution Acct # 7923083 | 7200-004 | | 86.15 | 952.28 |
| 11/07/06 | 003004 | Peoples Credit Plan | Final distribution Acct # 546674700125990920 | 7200-000 | | 151.49 | 800.79 |
| 11/07/06 | 003005 | Columbia Credit Services | Final distribution Acct # 5329052072124609 | 7200-000 | | 405.48 | 395.31 |
| 11/07/06 | 003006 | West Asset Management, Inc. | Final distribution Acct. # 1443783 | 7200-004 | | 395.31 | 0.00 |
| 06/27/07 | 003003 | Nextel | Stop Payment Reversal STOP PAY ADD SUCCESSFUL | 7200-004 | | -86.15 | 86.15 |
| 06/27/07 | 003006 | West Asset Management, Inc. | Stop Payment Reversal STOP PAY ADD SUCCESSFUL | 7200-004 | | -395.31 | 481.46 |
| 12/11/07 | 003007 | Clerk of the U.S. Bankruptcy Court | Unclaimed Funds | 7200-000 | | 481.46 | 0.00 |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| COLUMN TOTALS | 2,011.37 | 2,011.37 | 0.00 |
| Less: Bank Transfers/CD's | 2,011.37 | 0.00 | |
| Subtotal | 0.00 | 2,011.37 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 2,011.37 | |
| | | | |
| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| Interest earning MMA Account - \*\*\*\*\*\*\*\*6230 | 2,011.37 | 0.00 | 0.00 |
| BofA - Checking Account - \*\*\*\*\*\*\*\*6476 | 0.00 | 2,011.37 | 0.00 |
| Page Subtotals | 2,011.37 | 2,011.37 | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

| Case No: | 05-54283 -JBS |
|---|---|
| Case Name: | TERMANAS, JASON A |
| | TERMANAS, JULIA F |
| Taxpayer ID No: | *******0462 |
| For Period Ending: | 03/28/08 |

| Trustee Name: | RONALD R. PETERSON |
|---|---|
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******6476 BofA - Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | |
|---|---|---|---|
| Page Subtotals | 0.00 | 0.00 | |

Total Funds On Hand

LFORM2 Ver: 12.62a